CAROL C. JOHNSON *v.* ZONING BOARD OF APPEALS OF THE TOWN OF BRANFORD ET AL.

The motion by the named defendant to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Frank J. Dumark,* town counsel, for the appellee (named defendant).

*Carol C. Johnson,* pro se, the appellant (plaintiff).

Argued June 3—decided June 3, 1969

GEORGE J. MOUGIOS *v.* ELI BURDE, TRUSTEE, ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*James J. Gentile,* for the appellee (plaintiff).

*Richard A. Silver,* for the appellants (defendants).

Argued June 3—decided June 3, 1969

IN RE JESSE BAILEY, JR.

The motion by Irving Gifford and Robert Smith for permission to file briefs and present oral arguments in this reservation from the Superior Court in Fairfield County but concerning questions arising in their own appeals from the Juvenile Court to the Superior Court in New Haven County is denied.

*Thomas J. Staley,* in support of the motion.